(No. 1640—)

E. N. NEVINS, AND PEARL O'BRIEN, WIDOW OF GEORGE P. O'BRIEN, Deceased, Claimant, *vs.* STATE OF ILLINOIS, Respondent.

*Opinion filed September 10, 1930.*

E. N. NEVINS, for claimant.

OSCAR E. CARLSTROM, Attorney General; CARL I. DIETZ, Assistant Attorney General, for respondent.

Mr. CHIEF JUSTICE CLARITY delivered the opinion of the court:

This is a claim based upon the same premises as set forth in case No. 1599, where Logan Hay, et al., are claimants and

the State of Illinois defendant and the same principles being involved, this court makes the same finding as in the above cited case, No. 1599.